**IT IS ORDERED as set forth below:**

Date: January 5, 2021

_____
Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | \| | CASE NUMBER: |
| | \| | |
| **NATALIE GAIL SHECKTON &** | \| | **15-57480-SMS** |
| **JACK SHECKTON** | \| | |
| | \| | |
| Debtors. | \| | CHAPTER 13 |

### ORDER AND NOTICE OF HEARING FOR DEBTORS TO SHOW CAUSE
### WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 60 & 61).  Because the Debtors have failed to file (1) the 11 U.S.C. § 1328 Certificates and (2) certificates showing completion of an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1), the Court is unable to enter a discharge.  Accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtors shall appear and show cause why this bankruptcy case should not be closed without entry of a discharge on

**February 9, 2021** at **10:00 a.m.**, in **Courtroom 1201**, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. If the Debtors file all necessary documents prior to the hearing date, the matter shall be removed from the calendar. If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

The Clerk is directed to serve copies of this Order and Notice upon the Debtors, counsel for the Debtors, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**